
AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

RECEIVED
UNITED STATES MARSHAL
2018 SEP 14 AM 8:33
EASTERN DISTRICT OF
PENNSYLVANIA

United States of America
v.

ARTAVIUS HORNE
a/k/a "LO"
*Defendant*

Case No. 18-CR-392

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARTAVIUS HORNE a/k/a "LO",

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1591 and 1594(A) - Sex trafficking - attempt

Date: 09/13/2018

Thomas Giambrone, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9-13-18, and the person was arrested on *(date)* 9-21-18
at *(city and state)* PA

Date: 9-21-18

FBI
*Arresting officer's signature*

*Printed name and title*